# CASES

IN THE

# APPELLATE COURTS OF ILLINOIS.

## SECOND DISTRICT—APRIL TERM, 1903.

### Wabash Railroad Co. v. Benjamin J. Baskerville.

#### Gen. No. 4272.

1. APPEAL—*when prematurely taken.* The record in a cause appealed must show a judgment or the appeal is premature and will be dismissed.

Action to recover damages for the killing of stock. Appeal from the County Court of Will County; the Hon. DWIGHT C. HAVEN, Judge, presiding. Heard in this court at the April term, 1903. Dismissed. Opinion filed November 3, 1903.

C. N. TRAVOUS and J. L. O'DONNELL, for appellant.

BARR, BARR & BARR, for appellee.

PER CURIAM:

This was a bill by Baskerville against the Wabash Railroad Company to recover damages for killing stock. A point made concerning attorney's fees caused us to look at the abstract to ascertain what the judgment was on that subject. We find no judgment in the abstract, nor is it assigned for error that the court rendered judgment against appellant. We have searched the record, and it does not contain a judgment. According to the record before us the case is still pending in the court below, and the appeal was prematurely taken. The appeal is therefore dismissed, with leave to each party to withdraw the papers filed by such party.

*Appeal dismissed.*